IN THE SUPREME COURT OF THE STATE OF DELAWARE

ROBERT R. MEADES, §
§ No. 125, 2025
　Defendant Below, §
　Appellant, § Court Below–Superior Court
§ of the State of Delaware
　v. §
§ Cr. ID No. 1101020478 (S)
STATE OF DELAWARE, §
§
　Appellee. §

Submitted: May 14, 2025
Decided: June 23, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we affirm the Superior Court's summary dismissal of the appellant's fifth motion for postconviction relief.[1]

NOW, THEREFORE, IT IS ORDERED that the State's motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[1] *See* Del. Super. Ct. Crim. R. 61(d)(2) (providing that a second or subsequent motion for postconviction relief must be summarily dismissed unless the movant was convicted after a trial and the motion pleads with particularity (i) new evidence of actual innocence or (ii) that a new rule of constitutional law, made retroactive to cases on collateral review, applies to the movant's case and renders the conviction invalid).